# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHARLES A. RIVAULT, ARTHUR
R. LEJEUNE, CLAUDIA J.
LEJEUNE, WILLIAM J. GIBSON,
AND AUDUBON TERRACE RESIDENT
HOMEOWNERS ASSOCIATION

VERSUS

AMERICA HOMELAND, LLC

NO.  2020 CW 0767

**NOVEMBER 09, 2020**

---

In Re:     America Homeland, LLC, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 650,708.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court's July 31, 2020 judgment that granted the exception of lack of subject matter jurisdiction and the motion to stay proceedings pending devolutive appeal filed by plaintiffs and defendants-in-reconvention, Charles A. Rivault, Arthur R. LeJeune, Claudia J. LeJeune, and Audubon Terrace Resident Homeowners Association, and third-party defendants, William J. Gibson, Michael Strain, Adrienne Zetty, and Donald Augustine, is reversed.  The appeal has now been dismissed.  See **Rivault v. Am. Homeland, LLC**, 2019-1468, 2020 WL 5627994 (La. App. 1 Cir. 9/21/20). The exception and motion to stay are hereby denied.

                    **JMG**
                    **PMc**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT